UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEBRA BEST and JEFFERY BEST,

        Plaintiffs

v.

COUNTY OF ERIE and ERIE COUNTY
DEPARTMENT OF SOCIAL SERVICES,

        Defendants.

**NOTICE OF REMOVAL OF ACTION (28 U.S.C. §1441(b))**
**Federal Question**

Civil Action No.

---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1331, 1367, 1441 (a), (c), and 1446, defendants, COUNTY OF ERIE and ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, hereby remove to this Court the civil action filed in the Supreme Court of the State of New York, County of Erie, as described below.

On December 12, 2022, Plaintiffs, DEBRA BEST and JEFFERY BEST, filed a civil action entitled "DEBRA BEST and JEFFERY BEST v. COUNTY OF ERIE and ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES," Index Number 815125/2022, in the Supreme Court for the State of New York, County of Erie.

On January 5, 2023, Plaintiffs, DEBRA BEST and JEFFERY BEST, served defendants COUNTY OF ERIE and ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES with the Summons and Verified Complaint in the above-referenced state court action. **Exhibit A**.

On January 10, 2023, defendants COUNTY OF ERIE and ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES filed an answer. **Exhibit B**.

No further proceedings have been had in the state court action. Plaintiffs' Verified Complaint contains causes of action pursuant to 42 U.S.C. §§ 1983. Plaintiffs' Verified Complaint further alleges that Defendants violated the Plaintiffs' constitutional rights to Due Process, to privacy, and to parent.

Accordingly, this Court has original jurisdiction over the state court action under 28 U.S.C. §1331 (federal question) because it is a civil action that arises under the Constitution, laws, or treaties of the United States.

No previous application has been made for the relief requested herein.

Dated:   Buffalo, New York
         January 12, 2023

                                   Yours, etc.
                                   JEREMY C. TOTH, Erie County Attorney and
                                   Attorney for Defendants

                                   /s/ Amanda M. Somma
                                   Assistant County Attorney, of Counsel
                                   95 Franklin Street, Room 1634
                                   Buffalo, New York, 14202
                                   (716) 858-2252
                                   Amanda.Somma@erie.gov


TO:   Steven M. Cohen, Esq.
      Hogan Willig
      2410 North Forest Road
      Getzville, New York 14068

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEBRA BEST and JEFFERY BEST,

        Plaintiffs                              Civil Action No.

v.

COUNTY OF ERIE and ERIE COUNTY
DEPARTMENT OF SOCIAL SERVICES,

        Defendants.
_____

## INDEX OF DOCUMENTS FILED OR SERVED IN STATE COURT ACTION PRIOR TO REMOVAL

Summons and Verified Complaint ..................................................... Exhibit A

Answer of Defendants ............................................................... Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEBRA BEST and JEFFERY BEST,

        Plaintiffs,

v.

COUNTY OF ERIE and ERIE COUNTY
DEPARTMENT OF SOCIAL SERVICES,

        Defendants.

Civil Action No.

---

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, a Notice of Removal of Action was filed with the Clerk of the Court and sent via U.S. mail, postage prepaid to:

> Steven M. Cohen, Esq.
> HoganWillig
> Attorneys for Plaintiff
> 2410 North Forest Road, Suite 301
> Amherst, New York 14068

Dated: Buffalo, New York
       January 12, 2023

                                        /s/ Amanda M. Somma